NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>DARRICK WYNELL BRAZIER,<br><br>　　　　　Defendant. | No. CR 25-565-MWF<br><br><u>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT</u><br><br>**TRIAL DATE: 02-24-26, 8:30 a.m.**<br>**PRETRIAL CONF: 02-09-26, 3:00 p.m.** |

　　　The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on July 31, 2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

　　　The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance

1 would be likely to make a continuation of the proceeding impossible,
2 or result in a miscarriage of justice; and (iii) failure to grant the
3 continuance would unreasonably deny defendant continuity of counsel
4 and would deny defense counsel the reasonable time necessary for
5 effective preparation, taking into account the exercise of due
6 diligence.
7        THEREFORE, FOR GOOD CAUSE SHOWN:
8        1.   The trial in this matter is continued from September 2,
9 2025, to **February 24, 2026, at 8:30 a.m**.  A pretrial conference is
10 set for **February 9, 2026, at 3:00 p.m**.
11       2.   The time period of September 2, 2025, to February 24, 2026,
12 inclusive, is excluded in computing the time within which the trial
13 must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),
14 and (B)(iv).
15       3.   Defendant shall appear in Courtroom 5A of the Federal
16 Courthouse, 350 West First Street, Los Angeles, California, on
17 February 9, 2026, at 3:00 p.m., and on February 24, 2026, at 8:30
18 a.m.
19       4.   Nothing in this Order shall preclude a finding that other
20 provisions of the Speedy Trial Act dictate that additional time
21 periods are excluded from the period within which trial must
22 commence.  Moreover, the same provisions and/or other provisions of
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

August 1, 2025
DATE

MICHAEL W. FITZGERALD
United States District Judge

cc: USPPO

3